**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 9, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD76090 | Robert A. Morrow vs. State of Missouri |
| WD76181 | Karl M. Jenkins, et al vs. W.K. Jenkins, et al |
| WD76501 | William Ross vs. State of Missouri |
| WD76968 | Louis Schrader vs. Division of Employment Security |
| WD76969 | Consolidated with WD76868 |
| WD76970 | Consolidated with WD76868 |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD76428 | State of Missouri vs. Sarah A. Robinson |